# Third District Court of Appeal

## State of Florida

Opinion filed July 27, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1027
Lower Tribunal No. F19-16214A
_____

**David R. Knight,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Ellen Sue Venzer, Judge.

Debra Kay Cohen, for appellant.

Ashley Moody, Attorney General, and Kayla Heather McNab, Assistant Attorney General, for appellee.

Before FERNANDEZ, C.J., and SCALES and HENDON, JJ.

PER CURIAM.

Affirmed. <u>United States v. Knights</u>, 534 U.S. 112, 121 (2001); <u>Johnson v. State</u>, 660 So. 2d 648, 654 (Fla. 1995) (<u>citing</u> <u>Franks v. Delaware</u>, 438 U.S.154 (1978)).